

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00282-CR
No. 07-24-00283-CR
No. 07-24-00284-CR

### XAVIER MONTRAIL JOHNSON, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court Nos. 085091-E-CR, 082258-E-CR, & 085963-E-CR (Counts I – IV),
Honorable Douglas R. Woodburn, Presiding

October 3, 2024

## MEMORANDUM OPINION

### Before PARKER and DOSS and YARBROUGH, JJ

Pursuant to a plea bargain agreement, Appellant, Xavier Montrail Johnson, was convicted of aggravated robbery[1] and aggravated assault with a deadly weapon[2] and sentenced to concurrent sentences of ten and twelve years of confinement. The trial

---

[1] *See* TEX. PENAL CODE ANN. § 29.03.

[2] *See* TEX. PENAL CODE ANN. § 22.02(a)(2).

court's certifications of Appellant's right of appeal reflect that these are plea bargain cases from which Appellant has no right of appeal and that Appellant has waived the right of appeal. The certifications comport with the record before the Court. Notwithstanding the certifications, Appellant filed a notice of appeal, pro se, challenging his convictions.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." By letter of September 10, 2024, we notified Appellant of the consequences of the trial court's certifications and directed him to show grounds for continuing the appeals by September 20. Appellant has not filed a response nor had any further communication with this Court to date.

Accordingly, we dismiss the appeals based on the trial court's certification. *See* TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.